# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| U.S. BANK NAT'L ASSOC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:19-cv-02033-JAR |
| ) | |
| SUZOHAPP AMERICAS, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff U.S. Bank National Association's ("U.S. Bank") Motion to Deposit Funds. (Doc. 25.) In response to the Court's order to show cause (Doc. 21), both Plaintiff Coin Acceptors, Inc., and Defendant SUZOHAPP Americas LLC stated that they do not oppose the motion.[1]

Accordingly,

**IT IS HEREBY ORDERED** that U.S. Bank's Motion to Deposit Funds (Doc. 25), is **GRANTED**.

**IT IS FURTHER ORDERED** that **within seven (7) days of the date of this Order**, U.S. Bank shall deposit into the Registry of the Court **$595,802.06**. Upon deposit of the disputed funds into an interest-bearing account with the Court, Plaintiff is discharged from any further liability in this case.

---

[1] Coin Acceptors and Suzohapp both asked the Court to delay ruling on U.S. Bank's deposit until a full accounting could be completed. It is clear from U.S. Bank's motion that the accounting was completed. (*See* Doc. 25.)

Dated this 26th day of February, 2020.

                                                          /s/ John A. Ross
                                                        JOHN A. ROSS
                                                        UNITED STATES DISTRICT JUDGE